## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

Mardy Ringo_____ )
)
)                              CIVIL ACTION
(Name of the plaintiff or plaintiffs)       )
)
v.                      )          NO. 16 - 2093
)
KENCO LOGISTIC SERVICES, LLC, a     )
)
Tennessee Limited Liability Company,____ )
)
Mars, Inc., David Jabaley_____ )
)
Mario Lopez_____ )

FILED

APR - 5 2016

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

### COMPLAINT OF EMPLOYMENT DISCRIMINATION

1.  Plaintiff [ > ] DOES ❑ DOES NOT demand a jury trial.

### I. PARTIES

2.  The plaintiff is Mardy Ringo_____ ,

whose street address is 1122 M Chicago PL_____ ,

(city) Kankakee_____ (state) IL_____ (ZIP) 60901__

(Plaintiff's telephone number)  (815) 370-1694

3.  The defendant is KENCO LOGISTICS, a Tennessee Limited Liability Company, Mars, Inc.,

David Jabaley, and Mario Lopez_____ , whose

street address is 2001 Riverside Dr,_____ ,

(city) Chattanooga,_____ (state) TN___ (ZIP) 37406___

(Defendant's telephone number)      (423) –756-5552____

4.  The alleged discrimination occurred at Mars-Manteno Facility 1125 W. Sycamore, Rd

(city) Manteno_____ (state) Il___ (ZIP) 60950___

5. The plaintiff [**check one box**]

   (a)                was denied employment by the defendant.

   (b)                was hired and is still employed by the defendant.

   (c) |ꓹ|            was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
   (month) June____ , (day) , (year)  __2014__.

## II. JURISDICTION

7. Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the
   defendant(s) discriminated against Plaintiff because of Plaintiff's:

   |ꓹ| Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

   Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

   |ꓹ| Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or
      The Rehabilitation Act, 29 U.S.C. § 701)

   National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

   |ꓹ| Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

   |ꓹ| Race (42 U.S.C. § 1981)

   Religion (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

   Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

   Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

   Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

   |ꓹ| Other (list): Conspiracy, Intentional and Willful Interference, Aiding and
      Abetting, Retaliation, Hostile and animus work environment

8. Plaintiff    HAS    HAS NOT filed a charge before the United States Equal Employment
   Opportu|_|ty Commission (EEOC) relating to this claim of employment discrimination.
   **[Attach a copy of charge to this complaint.]**

9. Plaintiff |_| HAS    HAS NOT filed a charge before the Illinois Department of Human Rights
   (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to
   this complaint.]**

2

10. Plaintiff ☐ HAS    HAS NOT received a Right to Sue Notice. If yes, Plaintiff's Right to Sue

Notice was received on or about (date) <u>January 9, 2016                              </u>.

**[Attach copy of Notice of Right to Sue to this complaint.]**

### III. FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [*check only those that apply*]:

(a)        by failing to hire the plaintiff.

(b)        by terminating the plaintiff's employment.

(c)        by failing to promote the plaintiff.

(d)☐      by failing to stop harassment;

(e)☐      by failing to reasonably accommodate the plaintiff's disabilities.

(f)        by failing to reasonably accommodate the plaintiff's religion.

(g)☐      by retaliating against the plaintiff because the plaintiff did something to assert rights protected by the laws;

(h)☐      by coercing, intimidating, threatening or interfering with the plaintiff's exercise or enjoyment of rights;

(i)☐      with respect to the compensation, terms, conditions, or privileges of employment;

(j)☐      other (specify):  Hostile and Animus Work Environment Based on Race, Misrepresentation, Intentional Infliction of Emotional Distress

---

---

---

12. State here briefly and as clearly as possible the essential facts of your claim. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible what employment action or situation you allege to have been illegal and how it violated your rights. It is not necessary to make legal arguments or cite any cases or statutes.

See Attached

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a)❏   Direct the defendant to hire the plaintiff.

(b)❏   Direct the defendant to re-employ the plaintiff.

(c)❏   Direct the defendant to promote the plaintiff.

(d)❏   Direct the defendant to reasonably accommodate the plaintiff's religion.

(e)❏   Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f)❏   Direct the defendant to (specify):

4

_____

_____

_____

_____

_____

(g)     If available, grant the plaintiff appropriate injunctive relief, lost wages,
        liquidated/double damages, front pay, compensatory damages, punitive
        damages, prejudgment interest, post-judgment interest, and costs, including
        reasonable attorney fees and expert witness fees.

(h) ☐   Grant such other relief as the Court may find appropriate.

_Mardy Ringo_ / _(signature)_
(Plaintiff's signature)

Mardy Ringo
_____
(Plaintiff's name)

1122 M Chicago PL
_____

(Plaintiff's street address)

(City) Kankakee_____          (State) IL      (ZIP) 60901_____

 (Plaintiff's telephone number) (815) –370-1694_____

                                        Date: April 5, 2016

5