EEOC Form 161-B (11/09)

**E-FILED**
Tuesday, 05 April, 2016 02:26:23 PM
Clerk, U.S. District Court, ILCD

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: Mardy Ringo<br>c/o Jordan Hoffman, Esq.<br>11528 S Halsted St<br>Chicago, IL 60628 | From: Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |

**FILED**

APR – 5 2016

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

[ ] On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2015-00524 | Daniel Lim,<br>**State & Local Coordinator** | (312) 869-8032 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA): This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X]   More than 180 days have passed since the filing of this charge.

[ ]   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]   The EEOC is terminating its processing of this charge.

[ ]   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[X]   The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for **any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Julianne Bowman /vr*                              *January 4, 2016*

Enclosures(s)                **Julianne Bowman,**                *(Date Mailed)*
                         **District Director**

cc:

KENCO LOGISTIC SERVICES
c/o Jay Elliott, Esq.
2100 Riverside Dr
Chattanooga, TN 37404

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act statement before completing this form. | ☒ IDHR | 2015CA1590 |
| #15W1208.13 | ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (Indicate Mr. Ms. Mrs.) | | TELEPHONE NUMBER (include area code) |
|---|---|---|
| Mr. Mardy Ringo | | (815) 370-1694 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 1122 N. Chicago Place | Kankakee, IL 60901 | 11 / 29 / 1960 |
| | | M   D   Y |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area code) |
|---|---|---|
| Kenco Logistic Services | | (815) 468-9999 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1125 Sycamore | Manteno, IL 60950 | Kankakee |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Age    Race    Disability    Retaliation | 10/2014 – 12/12/2014<br>☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I.    A.    ISSUE/BASIS

HARASSMENT – APRIL 2014, THROUGH OCTOBER 2014, DUE TO MY AGE, 53

   B.    PRIMA FACIE ALLEGATIONS

   1. I was 53 years of age at the time of the alleged harm.

   2. My work performance as a spotter meets Respondent's expectations. I was hired on December 5, 2010.

Page 1 of 9

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br>THIS _15_ DAY OF _December_ , 2014.<br><br>X _Jacquelyn Turner Hamb_<br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>JACQUELYN TURNER HAMB<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:11/12/17<br><br>NOTARY STAMP | X _____  12-15-14<br>SIGNATURE OF COMPLAINANT      DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

EEO-5 FORM (Rev. 11/09-INT)

Charge Number: 2015CA1390
Complainant: Mardy Ringo
Page 2 of 9

3. From April 2014, through October 2014, I have been subjected to harassment by Tammy Fowler, Human Resource and Micheal Menzello, Operations Manager. The harassment consists of them requiring me to get a physical every three months as opposed to once a year and turning in the results of my blood sugar level.

4. Similarly situated employees who are younger than 40 years of age or significantly younger than me such as Kelly Campbell (30's), are not treated in a similar manner.

II.    A.    ISSUE/BASIS

HARASSMENT – APRIL 2014, THROUGH OCTOBER 2014, DUE TO MY RACE,        BLACK

B.    PRIMA FACIE ALLEGATIONS

1. My race is black.

2. My work performance as a spotter meets Respondent's expectations. I was hired on December 5, 2010.

3. From April 2014, through October 2014, I have been subjected to harassment by Tammy Fowler, Human Resource, and Micheal Menzello, Operations Manager. The harassment consists of them requiring me to get a physical every three months as opposed to once a year and turning the results of my blood sugar level.

4. Similarly situated non-black employees such as Kelly Campbell, whose work performance is comparable to mine, are not treated in a similar manner.

III.    A.    ISSUE/BASIS

HARASSMENT – APRIL 2014, THROUGH OCTOBER 2014, DUE TO MY DISABILITY, DIABETES

B.    PRIMA FACIE ALLEGATIONS

1. I am an individual with a disability as defined within the Illinois Human Rights Act.

2. Respondent is aware of my disability.

Charge Number: 2015CA1390
Complainant: Mardy Ringo
Page 3 of 9

3. My work performance as a spotter meets Respondent's expectations. I was hired on December 5, 2010.

4. From April 2014, through October 2014, I have been subjected to harassment by Tammy Fowler, Human Resource and Michael Menzello, Operations Manager. The harassment consists of them requiring me to get a physical every three months as opposed to once a year due to my diabetes and turning in the results of my blood sugar level.

5. My disability is unrelated to my ability to perform the essential functions of my job duties with or without reasonable accommodations.

IV.    A.    ISSUE/BASIS

SUSPENSION – OCTOBER 2014, DUE TO MY AGE, 53

B.    PRIMA FACIE ALLEGATIONS

1. I was 53 years of age at the time of the alleged harm.

2. My work performance as a spotter meets Respondent's expectations. I was hired on December 5, 2010.

3. In October 2014, I was suspended by Tammy Fowler, Human Resource. The reason given was due to an incident which occurred with the trailer.

4. Similarly situated employees who are younger than 40 years of age or significantly younger than me, such as Kelly Campbell (30's), whose work performance is comparable to mine, were not suspended under similar circumstances.

V.    A.    ISSUE/BASIS

SUSPENSION – OCTOBER 2014, DUE TO MY RACE, BLACK

B.    PRIMA FACIE ALLEGATIONS

1. My race is black.

2. My work performance as a spotter meets Respondent's expectations. I was hired on December 5, 2010.

3. In October 2014, I was suspended by Tammy Fowler, Human Resource. The reason given was due to an incident which occurred with the trailer.

Charge Number: 2015CA1590
Complainant: Mardy Ringo
Page 4 of 9

4. Similarly situated non-black employees such as Kelly Campbell and Carl Metke, whose work performance is comparable to mine, were not suspended under similar circumstances.

VI.   A.   ISSUE/BASIS

SUSPENSION – OCTOBER 2014, DUE TO MY DISABILITY, DIABETES

B.   PRIMA FACIE ALLEGATIONS

1. I am an individual with a disability as defined within the Illinois Human Rights Act.

2. Respondent is aware of my disability.

3. My work performance as a spotter meets Respondent's expectations. I was hired on December 5, 2010.

4. In October 2014, I was suspended by Tammy Fowler, Human Resource. The reason given was due to an incident which occurred with the trailer.

5. My disability is unrelated to my ability to perform the essential functions of my job duties with or without reasonable accommodations.

VII.   A.   ISSUE/BASIS

DENIAL OF TRAINING – NOVEMBER 2014, DUE TO MY AGE, 53

B.   PRIMA FACIE ALLEGATIONS

1. I was 53 years of age at the time of the alleged harm.

2. My work performance as a spotter meets Respondent's expectations. I was hired on December 5, 2010.

3. In November 2014, I informed Stacy Bushy, Supervisor, that I was interested in receiving training on the position window clerk. Bushy denied my request. No reason was given.

4. Similarly situated employees who are younger than 40 years of age or significantly younger than me, such as Kelly Campbell (30's), whose work performance is comparable to mine, received training on the window clerk position.

Charge Number: 2015CA1590
Complainant: Mardy Ringo
Page 5 of 9

VIII.   A.   ISSUE/BASIS

DENIAL OF TRAINING – NOVEMBER 2014, DUE TO MY RACE, BLACK

B.   PRIMA FACIE ALLEGATIONS

1.   My race is black.

2.   My work performance as a spotter meets Respondent's expectations. I was hired on December 5, 2010.

3.   In November 2014, I informed Stacy Bushy, Supervisor, that I was interested in receiving training on the window clerk position. Bushy denied my request. No reason was given.

4.   Similarly situated non-black employees such as Kelly Campbell and Carl Metke, whose work performance is comparable to mine, were trained for the position of window clerk.

IX.   A.   ISSUE/BASIS

DENIAL OF TRAINING – NOVEMBER 2014, DUE TO MY DISABILITY, DIABETES

B.   PRIMA FACIE ALLEGATIONS

1.   I am an individual with a disability as defined within the Illinois Human Rights Act.

2.   Respondent is aware of my disability.

3.   My work performance as a spotter meets Respondent's expectations. I was hired on December 5, 2010.

4.   In November 2014, I informed Stacy Bushy, Supervisor, that I was interested in receiving training on the window clerk position. Bushy denied my request. No reason was given.

5.   My disability is unrelated to my ability to perform the essential functions of my job duties with or without reasonable accommodations.

Charge Number: 2015CA1390
Complainant: Mardy Ringo
Page 6 of 9

X.    A.    ISSUE/BASIS

SUSPENSION – DECEMBER 1, 2014, DUE TO MY AGE, 54

B.    PRIMA FACIE ALLEGATIONS

1.  I was 54 years of age at the time of the alleged harm.

2.  My work performance as a spotter meets Respondent's expectations. I
    was hired on December 5, 2010.

3.  In December 1, 2014, I was informed by Lori (last name unknown),
    Human Resource, that I was suspended for three days pending an
    investigation. The reason given was due to an incident which occurred on
    November 26, 2014.

4.  Similarly situated employees who are younger than 40 years of age or
    significantly younger than me, such as Kelly Campbell (30's), whose work
    performance is comparable to mine, were not suspended under similar
    circumstances.

XI.    A.    ISSUE/BASIS

SUSPENSION – DECEMBER 1, 2014, DUE TO MY RACE, BLACK

B.    PRIMA FACIE ALLEGATIONS

1.  My race is black.

2.  My work performance as a spotter meets Respondent's expectations. I
    was hired on December 5, 2010.

3.  On December 1, 2014, I was suspended by Lori (last name unknown),
    Human Resource. The reason given was due to an incident which
    occurred on November 26, 2014.

4.  Similarly situated non-black employees such as Kelly Campbell and Carl
    Metlce, whose work performance is comparable to mine, were not
    suspended under similar circumstances.

Charge Number: 2015CA1590
Complainant: Mardy Ringo
Page 7 of 9

XII.  A.    ISSUE/BASIS

        SUSPENSION – DECEMBER 1, 2014, DUE TO MY DISABILITY,
        DIABETES

    B.    PRIMA FACIE ALLEGATIONS

        1.  I am an individual with a disability as defined within the Illinois Human
           Rights Act.

        2.  Respondent is aware of my disability.

        3.  My work performance as a spotter meets Respondent's expectations. I
           was hired on December 5, 2010.

        4.  On December 1, 2014, I suspended by Lori (last name unknown), Human
           Resource. The reason given was due to an incident which occurred on
           November 26, 2014

        5.  My disability is unrelated to my ability to perform the essential functions
           of my job duties with or without reasonable accommodations.

XIII.  A.    ISSUE/BASIS

        SUSPENSION – DECEMBER 1, 2014, IN RETALIATION FOR
        OPPOSING UNLAWFUL DISCRIMINATION

    B.    PRIMA FACIE ALLEGATIONS

        1.  In November 2014, I engaged in a protected activity when I informed
           Stacy Bushy, Supervisor, that she was subjecting me to discrimination.

        2.  On December 1, 2014, I suspended by Lori (last name unknown), Human
           Resource. The reason given was due to an incident which occurred on
           November 26, 2014

        3.  The suspension followed my participation in a protected activity within
           such a period of time as to raise an inference of retaliatory motivation.

Charge Number: 2015CA1590
Complainant: Mardy Ringo
Page 8 of 9

XIV.   A.   ISSUE/BASIS

INVOLUNTARY TRANSFER – DECEMBER 12, 2014, DUE TO MY AGE, 54

B.   PRIMA FACIE ALLEGATIONS

1. I was 54 years of age at the time of the alleged harm.

2. My work performance as a spotter meets Respondent's expectations. I was hired on December 5, 2010.

3. On December 12, 2014, I was informed by Lori (last name unknown), Human Resource and Stacy Bushy, Supervisor, effective December 19, 2014, I would be transferred from first shift (7 am – 3 pm) to second shift (3 pm – 11:30 pm). The reason given was due to restructuring.

4. A similarly situated employee who is younger than 40 years of age or significantly younger than me, such as Kelly Campbell (30's), whose work performance is comparable to mine, was not transferred.

XV.   A.   ISSUE/BASIS

INVOLUNTARY TRANSFER – DECEMBER 12, 2014, DUE TO MY RACE, BLACK

B.   PRIMA FACIE ALLEGATIONS

1. My race is black.

2. My work performance as a spotter meets Respondent's expectations. I was hired on December 5, 2010.

3. On December 12, 2014, I was informed by Lori (last name unknown), Human Resource and Stacy Bushy, Supervisor, effective December 19, 2014, I would be transferred from first shift (7 am – 3 pm) to second shift (3 pm – 11:30 pm). The reason given was due to restructuring.

4. A similarly situated non-black employees, such as Kelly Campbell (30's), whose work performance is comparable to mine, was not transferred.

Charge Number: 2015CA1590
Complainant: Mardy Ringo
Page 9 of 9

XVI.    A.    ISSUE/BASIS

INVOLUNTARY TRANSFER – DECEMBER 12, 2014, DUE TO MY
DISABILITY, DIABETES

B.    PRIMA FACIE ALLEGATIONS

1.    I am an individual with a disability as defined within the Illinois Human
Rights Act.

2.    Respondent is aware of my disability.

3.    My work performance as a spotter meets Respondent's expectations. I
was hired on December 5, 2010.

4.    On December 12, 2014, I was informed by Lori (last name unknown),
Human Resource and Stacy Bushy, Supervisor, effective December 19,
2014, I would be transferred from first shift (7 am – 3 pm) to second shift
(3 pm – 11:30 pm). The reason given was due to restructuring.

5.    My disability is unrelated to my ability to perform the essential functions
of my job duties with or without a reasonable accommodation.

XVII.    A.    ISSUE/BASIS

INVOLUNTARY TRANSFER – DECEMBER 12, 2014, IN RETALIATION
FOR OPPOSING UNLAWFUL DISCRIMINATION

B.    PRIMA FACIE ALLEGATIONS

1.    In November 2014, I engaged in a protected activity when I informed
Stacy Bushy, Supervisor, that she was subjecting me to discrimination.

2.    On December 12, 2014, I was informed by Lori (last name unknown),
Human Resource and Stacy Bushy, Supervisor, effective December 19,
2014, I would be transferred from first shift (7 am – 3 pm) to second shift
(3 pm – 11:30 pm). The reason given was due to restructuring.

3.    The involuntary transfer followed my participation in a protected activity
within such a period of time as to raise an inference of retaliatory
motivation.

DEF/JJT/def