# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
Urbana Division

**MARDY RINGO,**

    **Plaintiff,**

v.

**KENCO LOGISTIC SERVICES LLC,**
**et al.**

    **Defendants.**

Case No. 16-2093

## ORDER

Plaintiff, Mardy Ringo, filed an Application to Proceed In Forma Pauperis (#2) on April 4, 2016, after filing a Complaint (#1) against Defendants Kenco Logistic Services LLC, Mars Inc., David Jabaley, and Mario Lopez. On April 6, 2016, the Court entered an Order directing Plaintiff to submit completed summons and USM-285 forms by April 26, 2016. Plaintiff failed to comply with the Order, and Plaintiff's Application to Proceed In Forma Pauperis (#2) is therefore DENIED.

ENTERED this 4th day of May, 2016.

                                              s/ERIC I. LONG
                                    UNITED STATES MAGISTRATE JUDGE