Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Mardy Ringo,<br><br>Plaintiff | )<br>)<br>) |
| vs. | ) Case Number: 16-2093<br>) |
| Kenco Logistic Services LLC, Mars Inc.,<br>David Jabaley, Mario Lopez,<br><br>Defendants | )<br>)<br>) |

### JUDGMENT   IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed for failure to pay the filing fee.

**Dated: June 3, 2016**

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court