IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARDY RINGO ) | FILED |
| ) | JUN - 8 2016 |
| ) | |
| PLAINTIFF, ) | CLERK OF THE COURT |
| ) | U.S. DISTRICT COURT |
| VS. ) | CENTRAL DISTRICT OF ILLINOIS |
| ) | URBANA, ILLINOIS |
| ) | CASE No. 16-cv-02093-CSB-EIL |
| KENCO LOGISTIC SERVICES, LLC, et al. ) | |
| DAVID JABALEY, MARIO LOPEZ, and MARS, INC. ) | |
| DEFENDANTS. ) | |
| ) | |

MOTION FOR RECONSIDERATION AND REINSTATEMENT

**NOW COMES** Plaintiff, MARDY RINGO ("Plaintiff") pro se, and requests that the decision to dismiss PLAINTIFF's case be reconsidered and PLAINTIFF be allowed to reinstate his case and for his good cause shown in support of his motion Plaintiff states the following; THAT:

1. Plaintiff filed this matter to preserve his rights following the issuance of Right to Sue letter from the Equal Employment Opportunity Commission.

2. Plaintiff believes DEFENDANT MARS INCORPORATED, DEFENDANT KENCO LOGISTIC SERVICES, LLC, DAVID JABALEY and MARIO LOPEZ are liable and have violated Plaintiff's protected rights, as well as, others.

3. DEFENDANT MARS INCORPORATED hired KENCO LOGISTIC SERVICES, LLC to manage its Mars-Manteno facility and its employees in 2013.

4. Plaintiff has within the day received an order of dismissal from the court, dated June 3, 2016.

5. Plaintiff did not receive any communication from the court rendering a decision for Plaintiff to comply or pay fees.

6. Plaintiff upon information and belief relied upon the information stated by the Clerk's Office that a decision would be forthcoming in the mail.

7. On or about May 9, 2016, Plaintiff received a letter dated May 4, 2016, indicating that Plaintiff had failed to comply with an April 26, 2016 deadline to submit completed summons and USM-285.

8. Plaintiff contacted the Clerk's Office by phone to follow up on the status of the case regarding the forms and fees to be paid.

9. Plaintiff was to have his call returned.

10. Plaintiff received no other communication or correspondence.

11. Plaintiff spoke with Clerk's office on Thursday, June 2, 2016 and Friday, June 3, 2016.

12. Plaintiff was informed that there were no payment arrangements available and that a ruling had been made within the day.

13. Plaintiff's intentions were and are to be compliant with the court; therefore, any non-compliance was in earnest error.

14. Plaintiff remits monies for fees to be paid, under great hardship and stress, but for a valiant cause of justice to be served.

15. Plaintiff files his motion is made in good faith and is not intended to unduly delay these proceedings and the relief requested would not cause any prejudice to Defendant, but if denied would greatly prejudice Plaintiff.

**WHEREFORE,** Plaintiff requests that this Honorable Court grant him reconsideration and reinstatement of his case 16-cv-02093-CSB-EIL.

Respectfully submitted,
**MARDY RINGO**

By: *[signature]*
Pro Se
MARDY RINGO
1122 M Chicago Place
Kankakee, Il 60901484
815.370.1064

CERTIFICATE OF SERVICE

Please take notice that on June 7, 2016I, Mardy Ringo, hereby, certify that I did file a MOTION To RECONSIDER REINSTATE CASE with the Central District of Illinois Urbana Division in the foregoing matter of Case No. 16-cv-02093-CSB-EIL and have served the persons identified on the docket's service list via regular mail.

_____
Pro Se
MARDY RINGO
1122 M Chicago Place
Kankakee, Il 60901484
815.370.1064

Jody Wilner Moran
Julia P. Argentieri
Jackson Lewis P.C.
150 N. Michigan Avenue, Suite 2500
Chicago, Illinois 60601

Kimberly J. Overbaugh
Thomas R. Davies
Harmon & Davies, P.C.
2306 Columbia Ave.
Lancaster, PA 17603