AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MARDY RINGO

_____
                    *Plaintiff(s)*
                         *V.*                         Civil Action No. 16-cv-02093-CSB-EIL

KENCO LOGISTICS

_____
                    *Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Kenco Logistics
2001 Riverside Dr.
Chattanooga, TN 37406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

Mardy Ringo
1122 M Chicago Place
Kankakee, IL 60901

If you fail to respond, _____ you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

MARDY RINGO

_____
                    *Plaintiff(s)*
                         V.                                    Civil Action No. 16-cv-02093-CSB-EIL

MARIO LOPEZ

_____
                    *Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> MARIO LOPEZ
> C/o Propex Operating Co., LLC
> 1110 Market St. Suite 300
> Chattanooga, TN 37402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

> Mardy Ringo
> 1122 M Chicago Place
> Kankakee, IL 60901

If you fail to respond, _____ _____ you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

MARDY RINGO

_____
Plaintiff(s)
V.

Civil Action No. 16-cv-02093-CSB-EIL

MARS, INC.

_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> MARS, Inc.
> 6885 Elm St,
> McLean, VA 22101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

> Mardy Ringo
> 1122 M Chicago Place
> Kankakee, IL 60901

If you fail to respond, _____ you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

MARDY RINGO

_____
*Plaintiff(s)*
*V.*                                      Civil Action No. 16-cv-02093-CSB-EIL

DAVID JABALEY

_____
*Defendant(s)*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**DAVID JABALEY**
**2001 Riverside Dr.**
**Chattanooga, TN 37406**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (*not counting the day you received it*) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

Mardy Ringo
1122 M Chicago Place
Kankakee, IL 60901

If you fail to respond, _____ _____ you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                       *Signature of Clerk or Deputy Clerk*