# AFFIDAVIT OF SERVICE

State of Illinois       )
County of Kankakee      )

The undersigned being duly sworn, deposes and says:

<u>Rosa Ringo</u>                            is not a party to the action, is over
(name of person serving papers)

18 years of age and resides at <u>1122 North Chicago Place, Kankakee, IL 60901</u>

_____
(complete address of person serving papers)

That on <u>September 21, 2016</u>, deponent served the within summons and complaint
(date of service)

Upon   <u>Mars, Inc.</u>                                                   located at
(name of person/corporation served)

<u>6885 Elm St., McLean VA 22101</u>
(complete address where other party/corporation served)

(Select method of service)

___  Personal Service: by delivering a true copy of the aforesaid documents personally; deponent knew said person/corporation so served to be the person/corporation described.

_X_  Service by Mail: by depositing a true copy of the aforesaid documents in a postpaid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.  Certified Mailing 70142870000094206118

_____
Signature of person serving papers

_Rosa Ringo_
Printed Name

Sworn to before me this

4th day of October 2016

_____
Notary Public

OFFICIAL SEAL
DELTA VELAZQUEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/12/17

*Stamp: FILED OCT - 5 2016, CLERK OF THE COURT, U.S. DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS, URBANA, ILLINOIS*

*16-2093*

# AFFIDAVIT OF SERVICE

State of Illinois        )
County of Kankakee  )

The undersigned being duly sworn, deposes and says:

<u>Rosa Ringo</u> is not a party to the action, is over
(name of person serving papers)

18 years of age and resides at <u>1122 North Chicago Place, Kankakee, IL 60901</u>

_____
(complete address of person serving papers)

That on <u>September 21, 2016</u>, deponent served the within summons and complaint
(date of service)

Upon <u>David Jabaley</u> located at
(name of person/corporation served)

<u>2001 Riverside, Chattanooga, TN 37406</u>
(complete address where other party/corporation served)

(Select method of service)

      Personal Service: by delivering a true copy of the aforesaid documents personally; deponent knew said person/corporation so served to be the person/corporation described.

__X__ Service by Mail: by depositing a true copy of the aforesaid documents in a postpaid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service. Certified Mailing 70142870000094224853

_____
Signature of person serving papers

Printed Name: Rosa Ringo

Sworn to before me this

4 day of October 2016

_____
Notary Public

OFFICIAL SEAL
DELTA VELAZQUEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/12/17

FILED
OCT - 5 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS
16-2093

# AFFIDAVIT OF SERVICE

State of Illinois            )
County of Kankakee     )

The undersigned being duly sworn, deposes and says:

<u>Rosa Ringo</u>                                                      is not a party to the action, is over
(name of person serving papers)

18 years of age and resides at <u>1122 North Chicago Place, Kankakee, IL 60901</u>

_____
(complete address of person serving papers)

That on <u>September 21, 2016</u>, deponent served the within summons and complaint
(date of service)

Upon   <u>Mario Lopez</u>                                                                            located at
(name of person/corporation served)

<u>1110 Market St., Chattanooga, TN 37402</u>
(complete address where other party/corporation served)

(Select method of service)

_____ Personal Service: by delivering a true copy of the aforesaid documents personally; deponent knew said person/corporation so served to be the person/corporation described.

 X   Service by Mail: by depositing a true copy of the aforesaid documents in a postpaid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.  Certified Mailing 70142870000094224846

Signature of person serving papers

Printed Name: Rosa Ringo

Sworn to before me this

4 day of October 2016

_____
Notary Public

OFFICIAL SEAL
DELTA VELAZQUEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/12/17

# AFFIDAVIT OF SERVICE

State of Illinois        )
County of Kankakee  )

The undersigned being duly sworn, deposes and says:

<u>Rosa Ringo</u>                                              is not a party to the action, is over
(name of person serving papers)

18 years of age and resides at <u>1122 North Chicago Place, Kankakee, IL 60901</u>

_____
(complete address of person serving papers)

That on <u>September 21, 2016</u>, deponent served the within summons and complaint
(date of service)

Upon   <u>Kenco Logistics Services</u>                                                            located at
(name of person/corporation served)

2001 Riverside, Chattanooga, TN 37406
(complete address where other party/corporation served)

(Select method of service)

_____ Personal Service: by delivering a true copy of the aforesaid documents personally; deponent knew said person/corporation so served to be the person/corporation described.

__X__ Service by Mail: by depositing a true copy of the aforesaid documents in a postpaid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service. Certified Mailing 70142870000094224860

Signature of person serving papers

Printed Name: Rosa Ringo

Sworn to before me this

4 day of October 2016

Notary Public

OFFICIAL SEAL
DELTA VELAZQUEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/12/17

FILED
OCT - 5 2016
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS
16-2093