IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARDY RINGO ) | |
| ) | |
| PLAINTIFF, ) | Case No.: 16-cv-02093-CSB-EIL |
| ) | |
| v. ) | |
| ) | |
| KENCO LOGISTIC SERVICES, LLC, ) | |
| et. al., DAVID JABALEY, MARIO ) | |
| LOPEZ, and MARS, INC. ) | |
| ) | |
| DEFENDANTS. ) | |

**DEFENDANT MARS INCORPORATED'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. (6)(b)**

Defendant Mars, Incorporated (hereinafter "Mars"), by its undersigned counsel, hereby moves for an extension of time to answer or otherwise plead in response to Plaintiff's Complaint pursuant to Fed. R. Civ. Pro. 6(b). In support thereof, Defendant states as follows:

1. Plaintiff, Mardy Ringo filed a Complaint on April 5, 2016.

2. According to the docket, on October 5, 2016, Plaintiff filed an Affidavit of Service for Summons asserting that Mars had been served by certified mail on September 21, 2016. Mars has no knowledge that this Summons was ever received.

3. A text entry on the docket on October 5, 2016 states that various parties' answers are due on October 26, 2016 including "Mardy Ringo" but there is no reference to a

1

deadline for the filing of an answer by Mars. Mars presumes, however, that the reference to "Mardy Ringo" was a mistake.

4. To the extent that the text order intended to set a deadline for Mars' response, Mars respectfully requests an extension of time, since it just learned that this may be due.

5. Plaintiff's Complaint is over 40 pages in length and includes 126 numbered paragraphs, many of which contain various subparts.

6. Due to the significant number of assertions set forth by Plaintiff, Defendant requires additional time to complete a proper investigation into the facts alleged.

7. Defendant has good cause for requesting a brief extension of time in order to perform a thorough inquiry into all statements contained in the complaint and formulate a response.

8. Accordingly, counsel for Defendant requests a thirty (30) day extension, until November 26, 2016 to answer or otherwise plead in order to diligently respond to the Complaint.

9. Defendant attempted to reach Plaintiff by telephone this morning but got a message that the number had been disconnected or was no longer in service.

WHEREFORE, for all the reasons stated above, Defendant respectfully requests that this Court grant Defendant's Motion for Extension of Time to Answer or Otherwise Plead to

Plaintiff's Complaint and enter an order extending the deadline for Defendant to respond to the Complaint by thirty (30) days, to November 26, 2016.

Dated: October 24, 2016                                Respectfully submitted,

                                                        S/ Thomas R. Davies
Kimberly J. Overbaugh, Esq. PA #85610
Thomas R. Davies, Esq. PA #35260
Harry R. Harmon, Esq. PA #25342
HARMON & DAVIES, P.C.
2306 Columbia Ave.
Lancaster, PA 17603
Tel. (717) 291-2236
Fax (717) 291-2236

Attorneys for Defendant,
Mars, Incorporated

**CERTIFICATE OF SERVICE**

  The undersigned, one of the attorneys of record herein in this matter, certify that on October 24, 2016 the aforementioned Defendant Mars, Incorporated's Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 6(b) was filed using the CM/ECF system, and certifies that a copy of same was served to Plaintiff at the below address via first-class regular mail:

    Mardy Ringo
    1122 M Chicago PL
    Kankakee, IL 60901

            S/ Thomas R. Davies
            Kimberly J. Overbaugh, Esq.
            Harry R. Harmon, Esq.
            Thomas R. Davies, Esq.
            HARMON & DAVIES, P.C.
            2306 Columbia Ave.
            Lancaster, PA 17603
            Tel. (717) 291-2236
            Fax (717) 291-2236