FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **MARDY RINGO,**<br><br>**Plaintiff,**<br><br>v.<br><br>**KENCO LOGISTICS SERVICES, LLC, A TENNESSEE LIMITED LIABILITY COMPANY, MARS, INC., DAVID JABALEY AND MARIO LOPEZ**<br><br>**Defendants.** | **Case No. 16-cv-02093-CSB-EIL** |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 6(b)

Defendants, Kenco Logistics Services, LLC, David Jabaley, and Mario Lopez, by and through their attorneys, Jody Wilner Moran and Julia Pearce Argentieri of Jackson Lewis, P.C., hereby move for an extension of time to answer or otherwise plead in response to Plaintiff's Complaint pursuant to Fed. R. Civ. Pro. 6(b). In support thereof, Defendants state as follows:

1.  Plaintiff Mardy Ringo filed a discrimination complaint against Defendant alleging a variety of claims.

2.  On October 5, 2016 Plaintiff filed an affidavit of service with the Court (Dkt. 9).

3.  Defendants' responsive pleading to Plaintiff's complaint is currently due on October 26, 2016.

4.  Counsel at Jackson Lewis, P.C., was recently retained to represent Defendants on this matter and therefore requires time to thoroughly review the allegations in the complaint and complete a proper investigation of all facts alleged, as well as determine the appropriate responsive pleading.

5.	Accordingly, counsel for Defendant requests a twenty-eight (28) day extension, until November 23, 2016 to answer or otherwise plead in order to have adequate time to thoroughly investigate all allegations contained in the complaint and diligently respond.

6.	This motion is made in good faith and not for purposes of any undue delay.

7.	In accordance with Local Rule 6.1, Counsel for Defendant has contacted Plaintiff to discuss this request and Plaintiff does not object, to the best of Defendants' knowledge, as Plaintiff has not responded to counsel for Defendants' requests to discuss the motion and any objection. Specifically, Counsel for Defendants called Plaintiff and left a voicemail at the telephone number listed on Plaintiff's complaint on October 18, 2016 and asked Plaintiff to respond to discuss any objection. Defendants did not receive any response or objection.

WHEREFORE, for all the reasons stated above, Defendants respectfully request that this Court grant Defendants Motion for Extension of time to Answer or Otherwise Plead to Plaintiff's Complaint and enter an order extending the deadline for Defendants to respond to the complaint by twenty-eight (28) days, to November 23, 2016.

Dated: October 26, 2016

Respectfully submitted,

**KENCO LOGISTICS SERVICES, LLC, DAVID JABALEY AND MARIO LOPEZ**

By:/   /s/ Jody Wilner Moran
        One of its Attorneys

Jody Wilner Moran
Julia P. Argentieri
**Jackson Lewis P.C.**

150 North Michigan Avenue
Suite 2500
Chicago, Illinois  60601
Telephone: (312) 787-4949
Facsimile: (312) 787-4995
moranj@jacksonlewis.com
julia.argentieri@jacksonlewis.com

**CERTIFICATE OF SERVICE**

    I, Jody Wilner Moran, an attorney, hereby certify that on October 26, 2016, I electronically filed a copy of the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 6(b)** with the Clerk of the Court using the CM/ECF system. I further certify that a copy of the foregoing has been mail by Federal Express, postage prepaid to the following non-ECF participant:

    Mardy Ringo
    1122 M Chicago Place
    Kankakee, IL 60901

    By: /s/ Jody Wilner Moran
    One of the Attorneys for the Defendants