FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **MARDY RINGO,**<br><br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**KENCO LOGISTICS SERVICES, LLC et al., DAVID JABALEY, MARIO LOPEZ AND MARS, INC.**<br><br>　　　　　**Defendants.** | **Case No. 16-cv-02093-CSB-EIL** |

## DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. PRO. 12(b)(5)

Defendants, Kenco Logistics Services, LLC ("Kenco"), David Jabaley, and Mario Lopez, by and through their attorneys, Jody Wilner Moran and Julia Pearce Argentieri of Jackson Lewis, P.C., hereby move to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. Pro. 12(b)(5) due to insufficient service of process. In support thereof, Defendants state as follows:

1.　Defendants Kenco, David Jabaley and Mario Lopez move to dismiss Plaintiff's complaint due to insufficient service of process pursuant to Fed. R. Civ. Pro. 12(b)(5).

2.　Plaintiff filed this lawsuit on April 5, 2016 and to date, has failed to serve Defendants Kenco, Jabaley or Lopez.

3.　Defendants Kenco, Jabaley and Lopez submitted declarations which are attached to Defendants' Memorandum in Support of its Motion to Dismiss.

4.　Defendants reference and incorporate all arguments in Defendants' Memorandum in Support of their Motion to Dismiss as though set forth herein.

5.　As set forth in the declarations, Defendant Lopez has not been served with any documents in this lawsuit.

1

6.       Defendants Kenco and Jabaley received a summons in the mail but have not been served with a complaint, as required under Fed. R. Civ. Pro. 4(c)(1).

7.       Plaintiff's ninety day time period to effectuate proper service of process under Fed. R. Civ. Pro. 4(m) expired over 90 days ago, and Plaintiff's lack of diligence as well as lack of compliance with federal rules weighs in favor of the lawsuit being dismissed without prejudice.

WHEREFORE, for all the reasons stated herein, as well as in Defendants' Memorandum in Support of their Motion to Dismiss, Plaintiff's complaint should be dismissed without prejudice because Plaintiff has failed to properly serve Defendants and dismissal is warranted under Fed. R. Civ. Pro. 12(b)(5).

Dated: November 22, 2016                              Respectfully submitted,

**KENCO LOGISTICS SERVICES, LLC, DAVID JABALEY AND MARIO LOPEZ**

By: /s/ Jody Wilner Moran
         One of its Attorneys

Jody Wilner Moran
Julia P. Argentieri
**Jackson Lewis P.C.**
150 North Michigan Avenue
Suite 2500
Chicago, Illinois  60601
Telephone: (312) 787-4949
Facsimile: (312) 787-4995
moranj@jacksonlewis.com
julia.argentieri@jacksonlewis.com

2

## CERTIFICATE OF SERVICE

I, Jody Wilner Moran, an attorney, hereby certify that on November 22, 2016, I electronically filed a copy of the foregoing **DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(5)** with the Clerk of the Court using the CM/ECF system. I further certify that a copy of the foregoing has been mailed by Federal Express, postage prepaid to the following non-ECF participant:

>Mardy Ringo
>1122 N. Chicago Place
>Kankakee, IL 60901

By: /s/ Jody Wilner Moran
One of the Attorneys for the Defendants