# EXHIBIT 1

FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARDY RINGO,<br><br>   Plaintiff,<br><br>v.<br><br>KENCO LOGISTICS SERVICES, LLC et al., DAVID JABALEY, MARIO LOPEZ AND MARS, INC.<br><br>   Defendants. | Case No. 15-cv-02093-CSB-EIL |

### DECLARATION OF MARIO LOPEZ

Under the penalty of perjury as provided by law, the undersigned certifies pursuant to 28 U.S.C. §1746 that the factual statements set forth below are true and correct to the best of his knowledge, information, and belief:

1. I am a former employee of Kenco Logistics Services, LLC ("Kenco") and one of the Defendants in this litigation.
2. I have not, at any time, been served with a summons or complaint for this litigation, whether by mail, in person or otherwise.
3. I was made aware that Plaintiff Mardy Ringo filed paperwork with the Court indicating that he mailed me a copy of a summons on September 21, 2016 to the following address: 1110 Market Street, Chatanooga, TN 37402.
4. 1110 Market Street, Suite 300 Chatanooga, TN 37402 is the corporate office of my former employer, Propex.
5. My last day of employment with Propex was September 23, 2016.
6. I am not aware whether Propex ever received the documents that Ringo claims to have mailed, and if Propex received them, they were never passed along to me.

Dated: November 21 2016

_____
Mario Lopez