# EXHIBIT 2

FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARDY RINGO,<br><br>    Plaintiff,<br><br>v.<br><br>KENCO LOGISTICS SERVICES, LLC et al., DAVID JABALEY, MARIO LOPEZ AND MARS, INC.<br><br>    Defendants. | Case No. 15-cv-02093-CSB-EIL |

## DECLARATION OF JAY ELLIOTT

Under the penalty of perjury as provided by law, the undersigned certifies pursuant to 28 U.S.C. §1746 that the factual statements set forth below are true and correct to the best of his knowledge, information, and belief:

1. I am the Vice President of Legal at Kenco Logistics Services, LLC.
2. Sometime between approximately September 28, 2016 and September 30, 2016 I received a copy of documents related to the above-referenced litigation matter in the mail from Plaintiff, Mardy Ringo.
3. Attached as Exhibit A are a copy of the documents I received.
4. Nowhere in the documents I received was a copy of the complaint included.
5. The documents I received were a summons as well as a document labeled "Motion for Reconsideration and Reinstatement."
6. At no time has Kenco been served with a copy of the complaint.

Dated: November 18 2016

_____
Jay Elliott