E-FILED
Tuesday, 22 November, 2016 04:46:40 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 3

FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARDY RINGO,<br><br>    Plaintiff,<br><br>v.<br><br>KENCO LOGISTICS SERVICES, LLC et al., DAVID JABALEY, MARIO LOPEZ AND MARS, INC.<br><br>    Defendants. | Case No. 15-cv-02093-CSB-EIL |

### DECLARATION OF DAVID JABALEY

Under the penalty of perjury as provided by law, the undersigned certifies pursuant to 28 U.S.C. §1746 that the factual statements set forth below are true and correct to the best of his knowledge, information, and belief:

1. I am an employee at Kenco Logistics Services, LLC and one of the defendants in this litigation.
2. Sometime between approximately September 28, 2016 and September 30, 2016 I received a copy of documents related to the above-referenced litigation matter in the mail from Plaintiff, Mardy Ringo.
3. Attached as Exhibit A are a copy of the documents I received.
4. Nowhere in the documents I received was a copy of the complaint included.
5. The documents I received were a summons as well as a document labeled "Motion for Reconsideration and Reinstatement."
6. At no time have I been served with a copy of the complaint.

Dated: November 18 2016

_____
David Jabaley