# EXHIBIT 3A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MARDY RINGO

_____
Plaintiff(s)

v.                                                     Civil Action No. 16-cv-02093-CSB-EIL

DAVID JABALEY

_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DAVID JABALEY
2001 Riverside Dr.
Chattanooga, TN 37406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mardy Ringo
1122 M Chicago Place
Kankakee, IL 60901

If you fail to respond,                                       you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __6-29-16__                                        _Kenneth W Wells_
                                                          _____
                                                          Signature of Clerk or Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

**FILED**

JUN - 8 2016

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

MARDY RINGO                              )
                                         )
                                         )
                                         )
                    PLAINTIFF,           )
                                         )
        VS.                              )     CASE No.  16-cv-02093-CSB-EIL
                                         )
KENCO LOGISTIC SERVICES, LLC, et al.     )
DAVID JABALEY, MARIO LOPEZ, and MARS, INC.  )
                    DEFENDANTS.          )
                                         )


## MOTION FOR RECONSIDERATION AND REINSTATEMENT

**NOW COMES** Plaintiff, MARDY RINGO ("Plaintiff") pro se, and requests that the decision

to  dismiss PLAINTIFF's case be reconsidered and PLAINTIFF be allowed to reinstate his case and

for his good cause shown in support of his motion Plaintiff states the following; THAT:

1.  Plaintiff filed this matter to preserve his rights following the issuance of Right to Sue

    letter from the Equal Employment Opportunity Commission.

2.  Plaintiff believes DEFENDANT MARS INCORPORATED, DEFENDANT KENCO

    LOGISTIC SERVICES, LLC, DAVID JABALEY and MARIO LOPEZ are liable and

    have violated Plaintiff's protected rights, as well as, others.

3.  DEFENDANT MARS INCORPORATED hired KENCO LOGISTIC SERVICES, LLC to

    manage its Mars-Manteno facility and its employees in 2013.

4.  Plaintiff has within the day received an order of dismissal from the court, dated June 3,

    2016.

5.  Plaintiff did not receive any communication from the court rendering a decision for

    Plaintiff to comply or pay fees.

6.  Plaintiff upon information and belief relied upon the information stated by the Clerk's

    Office that a decision would be forthcoming in the mail.

7.  On or about May 9, 2016, Plaintiff received a letter dated May 4, 2016, indicating that Plaintiff had failed to comply with an April 26, 2016 deadline to submit completed summons and USM-285.

8.  Plaintiff contacted the Clerk's Office by phone to follow up on the status of the case regarding the forms and fees to be paid.

9.  Plaintiff was to have his call returned.

10. Plaintiff received no other communication or correspondence.

11. Plaintiff spoke with Clerk's office on Thursday, June 2, 2016 and Friday, June 3, 2016.

12. Plaintiff was informed that there were no payment arrangements available and that a ruling had been made within the day.

13. Plaintiff's intentions were and are to be compliant with the court; therefore, any non-compliance was in earnest error.

14. Plaintiff remits monies for fees to be paid, under great hardship and stress, but for a valiant cause of justice to be served.

15. Plaintiff files his motion is made in good faith and is not intended to unduly delay these proceedings and the relief requested would not cause any prejudice to Defendant, but if denied would greatly prejudice Plaintiff.


**WHEREFORE,** Plaintiff requests that this Honorable Court grant him reconsideration and reinstatement of his case 16-cv-02093-CSB-EIL.

Respectfully submitted,
**MARDY RINGO**


By:

Pro Se
MARDY RINGO
1122 M Chicago Place
Kankakee, Il 60901484
815.370.1064

## CERTIFICATE OF SERVICE

Please take notice that on June 7, 2016I, Mardy Ringo, hereby, certify that I did file a MOTION To RECONSIDER REINSTATE CASE with the Central District of Illinois Urbana Division in the foregoing matter of Case No. 16-cv-02093-CSB-EIL and have served the persons identified on the docket's service list via regular mail.

Pro Se
MARDY RINGO
1122 M Chicago Place
Kankakee, Il 60901484
815.370.1064

Jody Wilner Moran
Julia P. Argentieri
Jackson Lewis P.C.
150 N. Michigan Avenue, Suite 2500
Chicago, Illinois 60601

Kimberly J. Overbaugh
Thomas R. Davies
Harmon & Davies, P.C.
2306 Columbia Ave.
Lancaster, PA 17603