**KENNETH A. WELLS**
CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

OFFICE OF THE CLERK

TEL: 217.492.4020
FAX: 217.492.4028

November 23, 2016

Mardy Ringo
1122 M Chicago Place
Kankakee, IL 60901

RE: Ringo v. Kenco Logistic Services LLC et al
CASE NO. 16-2093

Dear Mardy Ringo:

    NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of service to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Alioto v. Town of Lisbon, 651 F.3d 715, 720-21 (7th Cir. 2011). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).

                                                s/ Kenneth A. Wells
                                                Kenneth A. Wells
                                                Clerk, U.S. District Court

cc:  all counsel