IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARDY RINGO ) | |
| ) | |
| ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CASE No. 16-cv-02093-CSB-EIL |
| ) | |
| KENCO LOGISTIC SERVICES, LLC, et al. ) | |
| DAVID JABALEY, MARIO LOPEZ, and MARS, INC. ) | |
| DEFENDANTS. ) | |
| ) | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

**NOW COMES** Plaintiff, MARDY RINGO ("Plaintiff") pro se, and requests that he be allowed to extend the time to answer DEFENDANT's Motion to Dismiss and for his good cause shown in support of his motion Plaintiff states the following; THAT:

1. Plaintiff filed this matter to preserve his rights following the issuance of Right to Sue letter from the Equal Employment Opportunity Commission.

2. Plaintiff believes that all DEFENDANTS are liable.

3. DEFENDANT MARS INCORPORATED hired KENCO LOGISTIC SERVICES, LLC to manage its Mars-Manteno facility and its employees in 2013.

4. Plaintiff just received Defendant's motion to dismiss on Friday, December 2, 2016.

5. Plaintiff hereby requests and additional fourteen (14) days to answer Defendants Motions.

6.    This motion is made in good faith and is not intended to unduly delay these proceedings and the relief requested would not cause any prejudice to Defendant, but if denied would greatly prejudice Plaintiff.

**WHEREFORE,** Plaintiff requests that this Honorable Court grant him leave for an extension of time to adequately answer DEFENDANT's Motion.

Respectfully submitted,
**MARDY RINGO**

By: *[signature]*

Pro Se
MARDY RINGO
1122 M Chicago Place
Kankakee, Il 60901484
815.370.1064

CERTIFICATE OF SERVICE

Please take notice that on December 5, 2016 I, Mardy Ringo, hereby, certify that I did file a MOTION For an Extension of Time to Respond to Defendants Motion to Dismiss with the Central District of Illinois Urbana Division in the foregoing matter of Case No. 16-cv-02093-CSB-EIL and have served the persons identified on the docket's service list through Notice of Electronic Filing generated by the Court's CM/ECF system..

Pro Se
MARDY RINGO
1122 M Chicago Place
Kankakee, Il 60901484
815.370.1064

Jody Wilner Moran
Julia P. Argentieri
Jackson Lewis P.C.
150 N. Michigan Avenue, Suite 2500
Chicago, Illinois 60601

Kimberly J. Overbaugh
Thomas R. Davies
Harmon & Davies, P.C.
2306 Columbia Ave.
Lancaster, PA 17603