E-FILED
Wednesday, 21 December, 2016 12:02:44 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

**MARDY RINGO,**

**Plaintiff,**

**v.**

**KENCO LOGISTICS SERVICES, LLC, DAVID JABALEY, MARIO LOPEZ AND MARS, INC.**

**Defendants.**

**Case No. 16-cv-02093-CSB-EIL**

**DEFENDANTS' MOTION TO RE-SET THE RULE 16 SCHEUDLING CONFERENCE**

Defendants, Kenco Logistics Services, LLC ("Kenco"), David Jabaley, and Mario Lopez, by and through their attorneys, Jody Wilner Moran and Julia Pearce Argentieri of Jackson Lewis, P.C., hereby move to re-schedule the Rule 16 scheduling conference currently scheduled for January 3, 2017 for the reasons set forth herein. In support thereof, Defendants state as follows:

1. On November 22, 2016 Defendants Kenco, Jabaley and Lopez filed a Motion to Dismiss Plaintiff's complaint pursuant to Fed. R. Civ. Pro. 12(b)(5) as well as Fed. R. Civ. Pro. 4(m) due to insufficient service of process (Dkt. 20).

2. On November 28, 2016 the Court entered an order setting the initial Rule 16 scheduling conference for January 3, 2017 (Dkt. 23).

3. Defendants' Motion to Dismiss for insufficient service of process remains pending before Judge Bruce, and will be ruled upon at a future date. The ruling on that motion may impact whether this case is dismissed in its entirety against Defendants Kenco, Lopez and Jabaley.

4. Because Defendants Kenco, Jabaley and Lopez believe that they have not yet been properly served, and are therefore not yet required to participate in this litigation, Defendants suggest that it would be premature to set a proposed schedule for discovery and other litigation deadlines.

5. In the interests of judicial economy, Defendants would prefer to avoid preparing a discovery schedule and discussing discovery until they know whether further litigation will be necessary.

6. For the reasons above, Defendants request that the Court enter an order re-setting the Initial Rule 16 scheduling conference to a future date following Judge Bruce's ruling on the pending motion to dismiss for insufficient service of process.

## CONCLUSION

WHEREFORE, for all the reasons stated herein, as well as in Defendants' Motion, Defendants Kenco, Lopez and Jabaley request that this Court re-set the January 3, 2017 initial Rule 16 scheduling conference to a future date because Defendants have not been served with this lawsuit and the pending motion to dismiss for insufficient service of process may impact Rule 16 scheduling in this litigation.

Dated: December 21, 2016

Respectfully submitted,

**KENCO LOGISTICS SERVICES, LLC, DAVID JABALEY AND MARIO LOPEZ**

By: /s/ Jody Wilner Moran
One of its Attorneys

Jody Wilner Moran
Julia P. Argentieri
**Jackson Lewis P.C.**
150 North Michigan Avenue
Suite 2500
Chicago, Illinois 60601
Telephone: (312) 787-4949
Facsimile: (312) 787-4995
moranj@jacksonlewis.com
julia.argentieri@jacksonlewis.com

**CERTIFICATE OF SERVICE**

I, Jody Wilner Moran, an attorney, hereby certify that on December 21, 2016, I electronically filed a copy of the foregoing **DEFENDANTS' MOTION TO RE-SET THE RULE 16 SCHEDULING CONFERENCE** with the Clerk of the Court using the CM/ECF system. I further certify that a copy of the foregoing has been mailed by Federal Express, postage prepaid to the following non-ECF participant:

Mardy Ringo
1122 N. Chicago Place
Kankakee, IL 60901

By: /s/ Jody Wilner Moran
One of the Attorneys for the Defendants