IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARDY RINGO ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CASE No. 16-cv-02093-CSB-EIL |
| ) | |
| KENCO LOGISTIC SERVICES, LLC, et al. ) | |
| DAVID JABALEY, MARIO LOPEZ, and MARS, INC. ) | |
| DEFENDANTS. ) | |

RESPONSE TO DEFENDANT'S MOTION TO DISMISS

**NOW COMES** Plaintiff, MARDY RINGO ("Plaintiff") pro se and responds to DEFENDANT's Motion to Dismiss and for his good cause shown in support of his motion Plaintiff states the following; THAT:

1.  Plaintiff filed this matter to preserve his rights following the issuance of Right to Sue letter from the Equal Employment Opportunity Commission.

2.  Plaintiff believes that all DEFENDANTS are liable.

3.  DEFENDANT MARS INCORPORATED hired KENCO LOGISTIC SERVICES, LLC to manage its Mars-Manteno facility and its employees in 2013.

4.  Plaintiff believes that Plaintiff served Defendants properly.

5.  Plaintiff received information from the Clerk's Office regarding serving Defendants.

6.  Plaintiff believed according to the information received that it was proper to serve Defendants by certified mail or some other reliable source.

7. Plaintiff served each named Defendant by Certified Mail return receipt by the time required time. See attached Exhibit A

8. Plaintiff also filed affidavits with the Clerk attesting to the service of by mail to each Defendant. See attached Exhibit B

9. Plaintiff was unaware and still is unaware that this was improper service.

10. Plaintiff did what Plaintiff thought was required to perfect service based upon the information received from the clerk.

11. Defendants motioned the court for extensions of time to answer or otherwise plead.

12. Defendants seemingly had knowledge of the complaint, as it asked the court for leave to answer or otherwise plead in late October of 2016.

13. The court granted Defendants' motion for an extension of time to answer or otherwise plead.

14. This motion is made in good faith and is not intended to unduly delay these proceedings and the relief requested would not cause any prejudice to Defendant, but if denied would greatly prejudice Plaintiff.

**WHEREFORE,** Plaintiff requests that this Honorable Court DENY DEFENDANTS' Motion to dismiss.

Respectfully submitted,
**MARDY RINGO**

By: _____
Pro Se
MARDY RINGO
1122 M Chicago Place
Kankakee, IL 60901484
815.370.1064