E-FILED
Friday, 06 January, 2017  04:34:56 PM
Clerk, U.S. District Court, ILCD

# Plaintiff's Exhibit A Certified Mailings

Wednesday, December 28, 2016     9:43 PM



**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only)
CHATTANOOGA, TN 37406
Postage $3.30
Certified Fee $2.70
Return Receipt Fee $0.00
Restricted Delivery Fee $0.00
Total Postage & Fees $6.68
09/21/2016
7014 2870 0000 9422 4853
Sent To: David Jabaley
2001 Riverside Dr
Chattanooga TN 37406

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only)
CHATTANOOGA, TN 37406
Postage $3.30
Certified Fee $2.70
Total Postage & Fees $6.68
09/21/2016
7014 2870 0000 9422 4860
Sent To: Kenco Logistics
2001 Riverside Dr
Chattanooga TN 37406

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only)
MC LEAN, VA 22101
Postage $3.30
Certified Fee $2.70
Total Postage & Fees $6.68
09/21/2016
7014 2870 0000 9420 6118
Sent To: Mars Inc.
6885 Elm St.
McLean Va 22101

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only)
CHATTANOOGA, TN 37402
Postage $3.30
Certified Fee $2.70
Total Postage & Fees $6.68
09/21/2016
7014 2870 0000 9422 4846
Sent To: Mario Lopez
C/O Property Operation Co.
110 Market St. Chattanooga TN

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Mars, Inc
6885 Elm St.
McLean, Va 22101

9590 9402 1501 5362 7123 48

2. Article Number (Transfer from service label)
7014 2870 0000 9420 6118

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature X [signature] □ Agent □ Addressee
B. Received by (Printed Name): S. Town
C. Date of Delivery: 9/26/16
D. Is delivery address different from item 1? □ Yes  If YES, enter delivery address below: □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery (over $500)
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

# 7014-2870-0000-9422-4853 Exhibit A Jabaley

Wednesday, December 28, 2016    9:57 PM

USPS.com® - USPS Tracking®                                                                 Page 1 of 2

English        Customer Service        USPS Mobile                                  Register / Sign In

## USPS.COM

## USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›



Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70142870000094224853

Updated Delivery Day: **Monday, September 26, 2016**

### Product & Tracking Information                           Available Actions

**Postal Product:**            **Features:**
First-Class Mail®              Certified Mail™        Return Receipt

See tracking for related item: 9590940215015362712317

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| September 26, 2016, 1:14 pm | Delivered, Left with Individual | CHATTANOOGA, TN 37406 |

Your item was delivered to an individual at the address at 1:14 pm on September 26, 2016 in CHATTANOOGA, TN 37406.

| | | |
| --- | --- | --- |
| September 26, 2016, 7:05 am | Arrived at Unit | CHATTANOOGA, TN 37406 |
| September 23, 2016, 4:16 pm | In Transit to Destination | |
| September 21, 2016, 4:16 pm | Acceptance | KANKAKEE, IL 60901 |

### Track Another Package                                    ### Manage Incoming Packages

Tracking (or receipt) number                                 Track all your packages from a dashboard.
                                                             No tracking numbers necessary.
                                              Track It       Sign up for My USPS ›

HELPFUL LINKS        ON ABOUT.USPS.COM        OTHER USPS SITES           LEGAL INFORMATION
Contact Us           About USPS Home          Business Customer Gateway  Privacy Policy
Site Index           Newsroom                 Postal Inspectors          Terms of Use
FAQs                 USPS Service Updates     Inspector General          FOIA
                     Forms & Publications     Postal Explorer            No FEAR Act EEO Data
                     Government Services      National Postal Museum
                     Careers                  Resources for Developers

Copyright © 2016 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70142870000094224853          12/28/2016

USPS.com® - USPS Tracking®  Page 2 of 2

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70142870000094224853    12/28/2016

# 7014-2870-0000-9422-4860 Exhibit A Kenco

Wednesday, December 28, 2016   10:00 PM

USPS.com® - USPS Tracking®                                                    Page 1 of 2

English       Customer Service       USPS Mobile                              Register / Sign In

# USPS.COM

## USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›



Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70142870000094224860

Updated Delivery Day: **Monday, September 26, 2016**

### Product & Tracking Information                                   Available Actions

**Postal Product:**         **Features:**
First-Class Mail®           Certified Mail™          Return Receipt

See tracking for related item: 9590940215015382712331

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| September 26, 2016, 1:14 pm | Delivered, Left with Individual | CHATTANOOGA, TN 37406 |

Your item was delivered to an individual at the address at 1:14 pm on September 26, 2016 in CHATTANOOGA, TN 37406.

| | | |
|---|---|---|
| September 26, 2016, 7:05 am | Arrived at Unit | CHATTANOOGA, TN 37406 |
| September 23, 2016, 4:16 pm | In Transit to Destination | |
| September 21, 2016, 4:16 pm | Acceptance | KANKAKEE, IL 60901 |

### Track Another Package                                    Manage Incoming Packages

**Tracking (or receipt) number**                             Track all your packages from a dashboard.
                                                             No tracking numbers necessary.
[                                          ]  Track It       Sign up for My USPS ›

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2016 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70142870000094224860     12/28/2016

USPS.com® - USPS Tracking®    Page 2 of 2

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70142870000094224860    12/28/2016

# 7014-2870-0000-9422-4846 Exhibit A Lopez

Wednesday, December 28, 2016    10:02 PM

USPS.com® - USPS Tracking®  Page 1 of 2

English    Customer Service    USPS Mobile                                            Register / Sign In

# USPS.COM

## USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›



Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: **70142870000094224846**

## Product & Tracking Information

**Available Actions**

**Postal Product:** First-Class Mail®
**Features:** Certified Mail™    Return Receipt

See tracking for related item: 9590940215015352712324

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 1, 2016, 3:40 pm | Delivered, Left with Individual | KANKAKEE, IL 60901 |

Your item was delivered to an individual at the address at 3:40 pm on October 1, 2016 in KANKAKEE, IL 60901.

| | | |
|---|---|---|
| October 1, 2016, 8:05 am | Out for Delivery | KANKAKEE, IL 60901 |
| October 1, 2016, 7:55 am | Sorting Complete | KANKAKEE, IL 60901 |
| October 1, 2016, 6:51 am | Arrived at Unit | KANKAKEE, IL 60901 |
| September 30, 2016, 12:49 pm | Departed USPS Origin Facility | CHAMPAIGN, IL 61821 |
| September 29, 2016, 4:44 pm | Arrived at USPS Origin Facility | CHAMPAIGN, IL 61821 |
| September 28, 2016, 10:39 pm | Departed USPS Facility | NASHVILLE, TN 37230 |
| September 28, 2016, 5:00 pm | Arrived at USPS Destination Facility | NASHVILLE, TN 37230 |
| September 26, 2016, 11:26 am | Undeliverable as Addressed | CHATTANOOGA, TN 37402 |
| September 26, 2016, 9:44 am | Out for Delivery | CHATTANOOGA, TN 37402 |
| September 26, 2016, 6:42 am | Sorting Complete | CHATTANOOGA, TN 37402 |
| September 26, 2016, 6:00 am | Arrived at Unit | CHATTANOOGA, TN 37402 |
| September 23, 2016, 4:16 pm | In Transit to Destination | |
| September 21, 2016, 4:16 pm | Acceptance | KANKAKEE, IL 60901 |

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70142870000094224846    12/28/2016

USPS.com® - USPS Tracking®

## Track Another Package

Tracking (or receipt) number

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2016 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70142870000094224846     12/28/2016

# 7014-2870-0000-9420-6118 Exhibit A MARS

Wednesday, December 28, 2016     10:05 PM

USPS.com® - USPS Tracking®    Page 1 of 2

English    Customer Service    USPS Mobile    Register / Sign In

**USPS.COM**

# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›



Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70142870000094206118

## Product & Tracking Information

**Available Actions**

**Postal Product:**         **Features:**
First-Class Mail®           Certified Mail™    Return Receipt

See tracking for related item: 9590940215015362712348

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| September 26, 2016, 12:18 pm | Delivered, Front Desk/Reception | MC LEAN, VA 22101 |

Your item was delivered to the front desk or reception area at 12:18 pm on September 26, 2016 in MC LEAN, VA 22101.

| September 24, 2016, 9:36 am | Business Closed | MC LEAN, VA 22101 |
| September 24, 2016, 9:05 am | Sorting Complete | MC LEAN, VA 22101 |
| September 24, 2016, 9:03 am | Arrived at Unit | MC LEAN, VA 22101 |
| September 23, 2016, 4:16 pm | In Transit to Destination | |
| September 21, 2016, 4:16 pm | Acceptance | KANKAKEE, IL 60901 |

## Track Another Package

**Tracking (or receipt) number**

[                                                            ]    Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.



Sign up for My USPS ›

USPS.com® - USPS Tracking®                                                                                  Page 2 of 2

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
|  | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
|  | Government Services | National Postal Museum |  |
|  | Careers | Resources for Developers |  |

Copyright © 2016 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70142870000094206118        12/28/2016

# Plaintiff's Exhibit B Notarized Affidavits

Wednesday, December 28, 2016    9:43 PM

## AFFIDAVIT OF SERVICE

2:16-cv-02093-CSB-EIL

E-FILED
Wednesday, 05 October, 2016 01:09:51 PM
Clerk, U.S. District Court, ILCD

FILED
OCT - 5 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

16-2093

State of Illinois         )
County of Kankakee   )

The undersigned being duly sworn, deposes and says:

<u>Rosa Ringo</u> is not a party to the action, is over
(name of person serving papers)

18 years of age and resides at <u>1122 North Chicago Place, Kankakee, IL 60901</u>

(complete address of person serving papers)

That on <u>September 21, 2016</u>, deponent served the within summons and complaint
(date of service)

Upon <u>Mars, Inc.</u> located at
(name of person/corporation served)

<u>6885 Elm St., McLean VA 22101</u>
(complete address where other party/corporation served)

(Select method of service)

      Personal Service: by delivering a true copy of the aforesaid documents personally; deponent knew said person/corporation so served to be the person/corporation described.

 <u>X</u>  Service by Mail: by depositing a true copy of the aforesaid documents in a postpaid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service. Certified Mailing 70142870000094206118

Signature of person serving papers: *Rosa Ringo*

Printed Name: *Rosa Ringo*

Sworn to before me this

4th day of October 2016

_____
Notary Public

OFFICIAL SEAL
DELTA VELAZQUEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/12/17

# AFFIDAVIT OF SERVICE

State of Illinois )
County of Kankakee )

FILED
OCT - 5 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

16-2093

The undersigned being duly sworn, deposes and says:

__Rosa Ringo__ is not a party to the action, is over
(name of person serving papers)

18 years of age and resides at __1122 North Chicago Place, Kankakee, IL 60901__

_____
(complete address of person serving papers)

That on __September 21, 2016,__ deponent served the within summons and complaint
(date of service)

Upon __David Jabaley__ located at
(name of person/corporation served)

__2001 Riverside, Chattanooga, TN 37406__
(complete address where other party/corporation served)

(Select method of service)

_____ Personal Service: by delivering a true copy of the aforesaid documents personally; deponent knew said person/corporation so served to be the person/corporation described.

__X__ Service by Mail: by depositing a true copy of the aforesaid documents in a postpaid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service. Certified Mailing 70142870000094224853

_____
Signature of person serving papers

Printed Name: Rosa Ringo

Sworn to before me this

__4__ day of __October 2016__

_____
Notary Public

OFFICIAL SEAL
DELTA VELAZQUEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/12/17

# AFFIDAVIT OF SERVICE

State of Illinois )
County of Kankakee )

The undersigned being duly sworn, deposes and says:

<u>Rosa Ringo</u> is not a party to the action, is over
(name of person serving papers)

18 years of age and resides at <u>1122 North Chicago Place, Kankakee, IL 60901</u>

(complete address of person serving papers)

That on <u>September 21, 2016</u>, deponent served the within summons and complaint
(date of service)

Upon <u>Mario Lopez</u> located at
(name of person/corporation served)

<u>1110 Market St., Chattanooga, TN 37402</u>
(complete address where other party/corporation served)

(Select method of service)

____ Personal Service: by delivering a true copy of the aforesaid documents personally; deponent knew said person/corporation so served to be the person/corporation described.

_X_ Service by Mail: by depositing a true copy of the aforesaid documents in a postpaid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service. Certified Mailing 70142870000094224846

Signature of person serving papers

Printed Name: Rosa Ringo

Sworn to before me this

4 day of October 2016

_____
Notary Public

OFFICIAL SEAL
DELTA VELAZQUEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/12/17

FILED
OCT - 5 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

16-2093

## AFFIDAVIT OF SERVICE

State of Illinois )
County of Kankakee )

The undersigned being duly sworn, deposes and says:

<u>Rosa Ringo</u> is not a party to the action, is over
(name of person serving papers)

18 years of age and resides at <u>1122 North Chicago Place, Kankakee, IL 60901</u>

_____
(complete address of person serving papers)

That on <u>September 21, 2016</u>, deponent served the within summons and complaint
(date of service)

Upon <u>Kenco Logistics Services</u> _____ located at
(name of person/corporation served)

2001 Riverside, Chattanooga, TN 37406
(complete address where other party/corporation served)

(Select method of service)

_____ Personal Service: by delivering a true copy of the aforesaid documents personally; deponent knew said person/corporation so served to be the person/corporation described.

_X_ Service by Mail: by depositing a true copy of the aforesaid documents in a postpaid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service. Certified Mailing 70142870000094224860

Signature of person serving papers

Printed Name

Sworn to before me this

4 day of October 2016

Notary Public

OFFICIAL SEAL
DELTA VELAZQUEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/12/17

## CERTIFICATE OF SERVICE

Please take notice that on January 3, 2017 I, Mardy Ringo, hereby, certify that I did file a RESPONSE to Defendants Motion to Dismiss with the Central District of Illinois Urbana Division in the foregoing matter of Case No. 16-cv-02093-CSB-EIL and have served the persons identified on the docket's service list through Notice of Electronic Filing generated by the Court's CM/ECF system..

Pro Se
MARDY RINGO
1122 M Chicago Place
Kankakee, Il 60901484
815.370.1064

Jody Wilner Moran
Julia P. Argentieri
Jackson Lewis P.C.
150 N. Michigan Avenue, Suite 2500
Chicago, Illinois 60601

Kimberly J. Overbaugh
Thomas R. Davies
Harmon & Davies, P.C.
2306 Columbia Ave.
Lancaster, PA 17603