Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Mardy Ringo, )
)
)

Plaintiff

vs. )   Case Number: 16-2093
)
Kenco Logistic Services LLC, Mars Inc., )
David Jabaley, Mario Lopez, )

Defendants

## AMENDED JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that this case is dismissed for failure to pay the filing fee.   Case was ordered reopened and reinstated on 6/8/2016.

   **IT IS FURTHER ORDERED AND ADJUDGED** that the case is dismissed without prejudice as to defendants.

**Dated: January 31, 2017**

                                                    s/ Kenneth A. Wells
                                                    Kenneth A. Wells
                                                    Clerk, U.S. District Court